FILED
CLERK, U.S. DISTRICT COURT
11/14/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ERIK KRISTIAN HILJUS,<br><br>　　　　Defendant. | CR No. 2:22-cr-00532 -FWS<br><br>I N F O R M A T I O N<br><br>[26 U.S.C. § 7206(1): Subscribing to a False Tax Return] |

The United States Attorney charges:

COUNT ONE

[26 U.S.C. § 7206(1)]

On or about April 15, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant ERIK KRISTIAN HILJUS, a resident of Los Angeles County, California, willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for tax year 2018, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Internal Revenue Service, which return defendant HILJUS did not believe to be true and correct as to every material matter, in that defendant HILJUS reported, on line 6, that his taxable income for calendar year 2018

was $192,249, when, in fact, as defendant HILJUS then knew, his taxable income for the year 2018 was substantially higher than that amount.

## COUNT TWO

[26 U.S.C. § 7206(1)]

On or about May 11, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant ERIK KRISTIAN HILJUS, a resident of Los Angeles County, California, willfully made and subscribed to a materially false United States Individual Income Tax Return, Form 1040, for tax year 2019, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Internal Revenue Service, which return defendant HILJUS did not believe to be true and correct as to every material matter, in that defendant HILJUS reported, on line 11b, that his taxable income for calendar year 2019 was $165,895, when, in fact, as defendant HILJUS then knew, his taxable income for the year 2018 was substantially higher than that amount.

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

JEFF MITCHELL
Assistant United States Attorney
Major Frauds Section