Katherine T. Corrigan, SBN 132226
CORRIGAN WELBOURN & STOKKE,
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail: kate@cwsdefense.com
Attorney for Defendant, ERIK HILJUS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case: 8:22-CR-00532-DMG |
|---|---|
| Plaintiff, | ) SUBMISSION OF CHARACTER LETTERS IN SUPPORT OF DEFENDANT'S SENTENCING POSITION; EXHIBIT A |
| vs. | |
| ERIK HILJUS, | |
| Defendant | ) Sentencing Date: April 4, 2023 ) Hearing Time: 3:00 p.m. |

**TO THE HONORABLE DOLLY M. GEE, UNITED STATES DISTRICT JUDGE, THE UNITED STATES ATTORNEY'S OFFICE AND ITS ATTORNEY OF RECORD, ASSISTANT UNITED STATES ATTORNEY JEFF MITCHELL, AND UNITED STATES PROBATION OFFICER KENNETH ROTTER:**

Defendant ERIK HILJUS (hereinafter the "**Defendant**"), by and through counsel of record, Katherine Corrigan, hereby files this submission of character letters in support of Defendant's Position Re Sentencing in the above-entitled matter.

DATED: March 28, 2023        __/s/_____
                             Katherine Corrigan
                             Attorney for Defendant

1

## I.
## INTRODUCTION

Defendant respectfully submits this set of 10 character letters in in order to provide additional information about the Defendant to assist the Court in fashioning a sentence "sufficient but not greater than necessary" to achieve the statutory purposes of punishment, as required by 18 U.S.C. Section 3553(a) in light of *United States v. Booker*, 125 U.S. 738 (2005).

This series of letters further supports that a variance is in order in this case, and that the Defendant should not be sentenced to any period of incarceration. The Defendant urges the Court to sentence him to no more than credit for time served, followed by 1-year supervised release with terms and conditions; or, in the alternative, to grant the Defendant probation with terms and conditions similar to those set forth in the Probation officer's sentence recommendation letter (with the exception of the period of incarceration.) Such a proposed sentence is adequate to achieve the goals of sentencing.

After full analysis of the sentencing factors in this case, the information provided by the defense, the government and probation, the Defendant requests that the Court impose the following sentence and make the following recommendations:

1. No more than credit for time served
2. 1-year supervised release or a period of probation
3. Imposition of no fine
4. Imposition of $200 special assessment
5. An order of restitution as set forth in the sentence recommendation letter found at docket entry 17 (which is also contemplated in the plea agreement)
6. The conditions of supervised release (or probation) articulated in the sentence recommendation letter disclosed by probation and which of found at Docket entry 17.

<s>Defendant's Sentencing Position Memorandum</s>

The requested sentence is based on the factors cited in this memorandum, the Presentence Report ("PSR"), the probation officer's sentence recommendation letter, and the Defendant's personal history and characteristics, assistance to the government and cooperation, and the Defendant's lack of criminal history. The Defendant believes that such a sentence is reasonable in light of the facts of this case.

## II.
## LETTERS OF SUPPORT

**A. *Defendant's Submission of 10 Letters of Support, Attached as Exhibit A.***

The letters of support attached hereto as Exhibit A, clearly demonstrate and verify that the Defendant is remorseful for his offense conduct and accepts responsibility for his actions. They also give the court a glimpse into who the Defendant is as a person, namely, that he is trustworthy, generous and giving, committed to helping others, enjoys long terms friendships, supportive of others, and believes in social equity and women's rights. Libby Quackenbush, the Defendant's mother-in-law, describes him as "a standup guy, that's a wonderful father, good friend to that that are privileged to call him friend and most importantly, the best husband."

## III.
## CONCLUSION

After full analysis of the sentencing factors in this case, the information provided by the defense and probation, the Defendant requests that the Court impose the following sentence and make the following recommendations:

1. No more than credit for time served
2. 1 year supervised release or a period of probation
3. Imposition of no fine
4. Imposition of $200 special assessment
5. An order of restitution as set forth in the sentence recommendation letter found at docket entry 17 (which is also contemplated in the plea agreement)

6. The conditions of supervised release (or probation) articulated in the sentence recommendation letter disclosed by probation and which of found at Docket entry 17.

DATED:  March 28, 2023              Respectfully submitted,

_____/s/_____
Katherine Corrigan

4

# CERTIFICATE OF SERVICE

I, Katherine Corrigan, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Welbourn & Stokke, APLC, 4100 Newport Place, Suite 550, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That on **March 28, 2023**, I caused to be transmitted via facsimile or e-mail to the person(s) below and addressed as follows:

SUBMISSION OF CHARACTER LETTERS IN SUPPORT OF DEFENDANT'S SENTENCING POSITION; EXHIBIT A

on the following persons:

AUSA Jeff Mitchell       Via email  Jeff.Mitchell@usdoj.gov
United States Attorney's Office

Kenneth Rotter, USPO      Via E-Mail Kenneth_Rotter@cacp.uscourts.gov
United States Probation and Pretrial Services Office

This Certificate is executed on **March 28, 2023** at Newport Beach, California. I certify under penalty of perjury that the foregoing is true and correct.

Dated:  March 28, 2023          ___/s/_____
                                 Katherine Corrigan

5

Defendant's Sentencing Position Memorandum

EXHIBIT A



www.murchisonlaw.com

Daren E. Hengesbach

March 24, 2023

Your Honor,

    I have known Erik Hiljus for over twenty years. We met when he pitched for the Sacramento Rivercats. We have remained friends throughout the following twenty years. We have vacationed together on multiple occasions and I believe I know his core principals. I have had the pleasure of knowing his wife Stephanie and daughter Savanah. Erik is one of the most generous and kind human beings I have very encountered. He cares for his family, both emotionally and financially.

    I have spoken with Erik on multiple occasions about the circumstances that places him before you. On each occasion, Erik he has expressed unconditional remorse for his actions. He has unequivocally accepted responsibility for his actions.

    I hope that you can consider Erik's entire person when reaching your decision about his future.

    I am happy to answer any questions or provide additional information if you so desire.

Very truly yours,

MURCHISON & CUMMING, LLP

Daren E. Hengesbach

DEH



LOS ANGELES   IRVINE   SAN DIEGO   NORTHERN CALIFORNIA   LAS VEGAS   ONTARIO

# LAW OFFICES OF JULIE A. FLANAGAN

Email: ʝ

**March 23, 2023**

To Whom This May Concern,

My name is Julie Flanagan. I am a member of the California State Bar and I practice Family Law in Orange County, California.

I am writing on behalf of Erik Hiljus, whom I have personally known for over 40 years. Erik and I first met as kids growing up in the San Fernando Valley. In 2001, Erik married my best friend Stephanie, and our friendship has evolved ever since. I have spent a lot of time with Erik and Stephanie over the years. We have spent holidays together, we've gone on vacation together, and we have shared important life events together. I consider Erik and Stephanie family.

Erik has a reputation for being a loyal, generous, and good-hearted man. Erik works hard and carries himself with dignity. He is also a guy who always presents himself with levelheadedness.

Additionally, Erik is a family-guy. He has a close relationship with his mother, he has a close relationship with his brother, and he is a loving and supportive husband to Stephanie.

Lastly, Erik raised a wonderful daughter, Savanah. As a parent, Erik provided Savanah with a strong foundation. She is kindhearted, well rounded, and successful. She also recently became engaged to be married.

Thank you for taking the time to learn more about Erik from my perspective. I am available to confirm any facts in this letter by phone or email.

Julie A. Flanagan

To whom this may concern,

My name is Nate Milone, I have been great friends with Erik Hiljus for approximately 20 years. He's been a special friend to myself and my family. My three boys have been involved with baseball and Erik, given his experience with baseball, has always been willing to help them with pointers and any advice they may need, not only with baseball but with life in general. Erik is the type of man who is always helping others, I've witnessed this on multiple occasions with mutual friends we share. He is the first one to raise his hand to help, whether that be financially or emotionally. Personally, I've experienced his graciousness and wisdom in getting myself through difficult times in my life, he has always been there for me and I can't thank him enough. There are so many other nice things that I can say about Erik, but I hope this letter portrays the type of person he is and has always been with myself and my family.

Sincerely,

Nate Milone

**Subject** Fw: Letter
**From** E Hiljus <
**To:** Stephanie Hiljus

**Date** Mar 22 at 6:33 PM

Sent from Yahoo Mail for iPhone

On Wednesday, March 22, 2023, 1:07 PM, Jim wrote:

To Your Honorable Judge,

I have known Erik Hiljus for around 14 years. We were introduced through a mutual friend. I have performed work for Erik through my handyman business. We also then connected on a personal level and developed a friendship. Our families have hung out together. We've gone to concerts, had meals together, etc.

I have a good feel for who Erik is as a person because of the amount of time we spent together. In our business dealings he's always been fair, he cares about the people he interacts with. Socially, I've found him to be a generous guy who tries to uplift the people he is around.

In general, he is a friendly, well intentioned member of our society.

Jim Hulette

**Subject**   Letter for the Court

**From**   Deb Doskow <

**To:**   Steph Hiljus

**Date**   Mar 22 at 1:00 PM

To whom it may concern:

I've known Erik Hiljus for nearly 10 years. He is a dear friend and one of my favorite people. I have spent days and weeks with him, traveled with him and his wife, and watched him interact with others. I can attest that he is a responsible, thoughtful, and caring person. I work for one of California's largest financial institutions and would trust Erik with every dime. I also know that he has pled guilty to a federal crime. This letter is a heartfelt request to please consider who Erik is as a person and the positive difference he makes every day in the lives of his family and friends.

In 2015, the man I was dating (now my husband) often talked about his good friend Erik. He shared that when he was broke and living in an empty apartment, Erik bought him furniture and helped him buy a car. He told me Erik had saved his daughter's life when she choked on some food. He said Erik, a former ballplayer, had been a leader in the clubhouse and was beloved by the entire team. He shared many stories about Erik being an engaged, supportive dad and someone who loved and respected his wife as a true partner. When I met Erik, I found all that to be true. He has a huge heart and is a kind and generous human being. He has an ability to connect with people from all walks of life and judges no one. He votes. He believes in social equity and women's rights. He loves his pets and takes good care of them. He cries at sad movies. He likes to go for long walks. He's someone you'd like to have over for dinner.

He is an exceptional husband, father, and son who takes good care of the people in his life. Erik and his wife Stephanie have been married for over 20 years and have a relationship based on mutual respect and

deep love for each other. They work hard, are responsible homeowners, and contribute to their community. He is also the responsible parent of his daughter, Savanna, whom he has supported and nurtured into a talented and hard-working young woman. She is going to be married this year and loves her father very much. He has taken care of his elderly parents for many years and still takes care of his mom, Gigi, frequently checking in on her and taking her to doctor's appointments.

Erik would never intentionally hurt anyone. I know he has learned a very, very difficult lesson. He has expressed deep and genuine remorse for his actions and has been honest and forthcoming in admitting his mistakes. I hope the court will see him as more than the offense he has been charged with. Thank you for your consideration.

Sincerely, Debra Tortorelli Doskow


Credit Union

Deb Tortorelli Doskow I Director I Communications & Community Relations
Golden 1
P
E
W



**Subject**   Re: Character Letter

**From**   Libby Quackenbush

**To:**   Stephanie

**Date**   Today at 11:10 AM


On Fri, Mar 24, 2023 at 8:03 AM Libby Quackenbush <　　　　　　> wrote:
To Whom it May Concern,
 I've know Erik since he was 15 years old, when he first dated my daughter, Stephanie who was 13, now his wife of over 22 years. He's always been polite & respectful, but more importantly, he's always been there to help, without hesitation. Without going into a long story, he was very influential in helping get my middle child into a rehabilitation facility & paying a large part of the fees, asking for nothing in return. He's always been very kind & generous in that way, even when you're in the car with him & he rolls down the window & hands the homeless man $10.
 Erik might seem intimidating due to his stature, but he's extremely sensitive... I reference when he went to the pet supply for dog food & brought home an adult rabbit, along with a full size hutch & everything a bunny could possibly need!! All because he found out it was destined to be snake food. He loved & cared for that sweet bunny he named Rootbeer until she passed & he buried her in their backyard where she used to play with the tortoise's.
Might seem like a silly story, but to me it shows what lengths he's willing to go to, to help.
 Bottom line, he's a stand up guy, that's a wonderful father, good friend to those that are privileged to call him their friend and most importantly, the best husband, I could have ever imagined for my daughter, Stephanie. Never have I worried about the strength of their marriage, perhaps it's because they've known & loved each other from such a young age that I

loved each other from such a young age that I referenced initially. She too is very kind, generous & helpful, so they make a perfect pair.

In closing, Erik is always forthright, honest & accepts responsibility. I have no doubt he will do the same in this circumstance. Please keep in mind all the good he's done & will continue to do in the way you consider how the scales of justice get balanced. I'm honored & proud to have him as my son-in-law.

      With all respect,
             Lysbeth Quackenbush

**Subject**   Erik Hiljus

**From**   Johnny Doskow

**To:**

**Date**   Mar 20 at 4:32 PM

Dear Judge,

I have known Erik Hiljus since 2001 when we became fast friends after meeting him when he was a pitcher for the Sacramento River Cats and I was the play-by-play broadcaster with the team. It is not common for a player and a radio broadcaster to become close but our personalities and views of life were so similar that it was destiny that we would meet and become almost brothers basically.

Erik is as kind and generous a human being as I have ever met. He has always been there for me with a helpful ear when I have needed him to listen and he will always be one of my best friends in the entire world. I love this man and I hope you understand that Erik is all about giving to others. All he does is lift up everyone he meets. His positive energy is infectious and I marvel at his curiosity of life and his ability to make everyone around him better. He is an incredible husband and father. Please know that this is as good a person as there is. I choose my friends wisely and he has taught me so much about life and about myself.

Thank you,

Johnny Doskow

**Subject**  Letter

**From**  David Schwarzman

**To:**  Stephanie Hiljus

**Date**  Mar 18 at 12:53 PM

I have known Erik Hiljus since he and my daughter, who is now his wife, attended private school together. I have always considered him to be steadfast, trustworthy and compassionate. He has demonstrated those qualities especially as of late. He did everything possible to make the last years of his father's life as comfortable and painless as possible. He has also devoted enormous time and energy to his mother's care and convalescence. I'll state my opinion of Erik as simply and honestly as I can. He is a good man who deserves all the blessings this life can offer him.

David Schwarzman

March 22, 2023

The Honorable Judge

My name is Natalie Balyasny, my husband Gene and I are best friends with Erik Hiljus. I am a senior Insurance Producer in California. I am writing today to express my strong support for leniency on our dear friend Erik.

For more then two decades I have known Erik to be an upstanding citizen who cares deeply about humanity and is a hard working good person. Everyone has always had the most respect for Erik. There is nothing bad I could say about him.  He is a kind and helpful person that does like to give back to others.

I can assure you that these recent circumstances are not indicative of the kind of person Erik is. Erik made a terrible mistake for which he is tremendously sorry. Erik has been working to make amends for his infractions, which is evident by his current actions. He is deeply remorseful and wants to do whatever it takes to make reparations. Erik needs you to give him an opportunity to get a second chance. I recognize Erik broke the law and I do not belive he should get off without some sort of punishment. I hope you will recognize the power you wield with regard to the future of this man and make a fair decision on his behalf.

Thank you ,

Natalie Balyasny

March 22, 2023

RE: Erik Hiljus

To whom this may concern:

I have known **Erik Hiljus** since junior high (1987). He has been married to my closest and dearest friend Stephanie for 20 years. Erik has always been a stand up guy and well liked by those who know and meet him. He is a devoted husband and an adoring father to his daughter Savannah. I have always considered Erik to be a "gentle giant". He is a big guy with an even bigger heart. It is my sincere hope, this letter is taken into consideration at the time of sentencing. Despite the current case, I still believe **Erik Hiljus** to be an honorable individual, and a good human being.

Respectfully,

Denise Bentley